DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KATHRYN JOY ANDERSON,**
Appellant,

v.

**SUZY WINCHESTER,** et al.,
Appellees.

No. 4D2025-0784

[February 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case Nos. 502024MH001035 and 502024GA000236.

John J. Pankauski and Andrew S. Kwan of Pankauski Lazarus PLLC, West Palm Beach, for appellant.

Clara C. Ciadella of Kitroser Lewis & Mighdoll, North Palm Beach, for appellee Bill Winchester.

Sean Lebowitz of Gutter Chaves, Boca Raton, for appellee Suzy Winchester.

No appearance for appellee Sheri Lucas-Winchester.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***